## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KALEB MERRITT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-CV-300 |
| | ) | |
| WARDEN, FCI MCKEAN, | ) | |
| | ) | |
| Respondent. | ) | |

### MEMORANDUM ORDER

The instant petition for writ of habeas corpus was received by the Clerk of Court on October 28, 2024. The matter was ultimately referred to Chief United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

As the basis of his petition, Petitioner sought an order directing the Bureau of Prisons to move him to a halfway house. By Notice filed on June 16, 2025, Respondent informed this Court that Petitioner had been released from custody. ECF No. 15. Thereafter, by Report and Recommendation, Judge Lanzillo recommended the dismissal of this action due to mootness. ECF No. 16. As of today's date, no Objections have been filed.

Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations. 28 U.S.C. § 636(b)(1); Local Rule 72(D)(2).

1

After *de novo* review of the petition and all documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 6th day of May 2026;

IT IS ORDERED that the petition for writ of habeas corpus is dismissed due to mootness. The Clerk is directed to close this case.

AND, IT IS FURTHER ORDERED that the report and recommendation of Chief Magistrate Judge Lanzillo, issued on April 15, 2026 [ECF No. 16] is adopted as the opinion of the court.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge

2